FILED
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,
P.O. BOX 56443
WASHINGTON, DC 20040
(202) 531-5211

    VS.                                CIVIL ACTION NO. 08 0239

A-ADVANCE, LLC, d.b.a.
JOHN G. WEBSTER COMPANY
10738 TUCKER STREET
BELTSVILLE, MD. 20705
OFFICIAL CAPACITY

RALPH SMITH, PRESIDENT
1528 BLUE MEADOW ROAD
POTOMAC, MD 20854
OFFICIAL & INDIVIDUAL CAPACITY

PHYLLISS D'HOPP
3112 18TH STREET NW
WASHINGTON, DC. 20010
OFFICAL & INDIVIDUAL CAPACITY

JESSE SCHMIDT, d.b.a.
CONNELL & SCHMIDT BUILDERS, LLC
217 5TH STREET SE
WASHINGTON, DC 20003
OFFICIAL & INDIVIDUAL CAPACITY

JESSE D. CONNELL d.b.a.
CONNELL & SCHMIDT BUILDERS, LLC
217 5TH STREET SE
WASHINGTON, DC 20003
OFFICIAL & INDIVIDUAL CAPACITY

<u>PLAINTIFF'S MOTION FOR LEAVE TO USE P.O. BOX 56443
AS HIS ADDRESS FOR SERVICE IN THIS LAWSUIT</u>

    Plaintiff Alfred L. Stone, pro se, moves the Court for leave to use P.O. Box 56443, Washington, DC 20040 for service of orders and motion from the Court and the Defendants. For privacy reasons, the Plaintiff uses his P.O. Box for the delivery of all

mail.

WHEREFORE, the Plaintiff prays that the Court will grant leave to use his P.O. Box as his address to receive orders and motions from the Court and the Defendants.

*Alfred L. Stone*
Alfred L. Stone, pro
P.O. Box 56443
Washington, DC 20040