UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALFRED L. STONE,

    Plaintiff,

v.

A-ADVANCE, LLC., d.b.a.
JOHN G. WESTER COMPANY, *et al.*

    Defendants.

Civil Action No. 08 0239

### ORDER

It is hereby

ORDERED that plaintiff's Motion for Leave to Use P.O. Box 56443 As His Address for Service In This Lawsuit is GRANTED.

SO ORDERED.

_____
United States District Judge

Date: 2/8/08