CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

ALFRED L. STONE
1140 Eugene Street
Indianapolis, IN 46208



02 1A
0004634648
MAILED FROM ZIPCODE 20001
FEB 14 2008
$00.41⁰
PITNEY BOWES

FEB 28 2008

NIXIE       462   DE  1        00   02/25/08
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 20001289999      *1931-01256-20-36



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>02/19/2008 03:00 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-00239-EGS STONE v. A-ADVANCE, LLC et al Order on Motion for Leave to File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 2/19/2008 at 3:00 PM EDT and filed on 2/13/2008
**Case Name:**             STONE v. A-ADVANCE, LLC et al
**Case Number:**           1:08-cv-239
**Filer:**
**Document Number:**       4

Docket Text:
**ORDER granting [3] MOTION for Leave to use P.O. Box 56443. Signed by Judge Richard J. Leon on 2/13/08. (jf, )**

**1:08-cv-239 Notice has been electronically mailed to:**

**1:08-cv-239 Notice will be delivered by other means to::**

ALFRED L. STONE
1140 Eugene Street
Indianapolis, IN 46208

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Francis\08-239#4.pdf

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/19/2008] [FileNumber=1700946-0]
[1ce1ff84fa50ad6e83d69a08e7b63909e695805226525304ae36ad1e8481f7637683
fdbdeaf2d1cb9fcb01953f5e7fbb484197bddbf3294be7478afdf485cfb4]]

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB **1 3** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALFRED L. STONE,

    Plaintiff,

v.                                Civil Action No. 08 0239

A-ADVANCE, LLC., d.b.a.
JOHN G. WESTER COMPANY, *et al.*

    Defendants.

## ORDER

It is hereby

ORDERED that plaintiff's Motion for Leave to Use P.O. Box 56443 As His Address for Service In This Lawsuit is GRANTED.

SO ORDERED.

_____
United States District Judge

Date: 2/8/08