**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS



02 1A     $
0004634648    FE
MAILED FROM ZIP C

MAR 6 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

ALFRED L. STONE
1140 Eugene Street
Indianapolis, IN 46208

4620834933 C040
20001@2899

NIXIE      462   DC 1        00 03
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001289999    *1585-02713



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>02/28/2008 10:11 AM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-00239-EGS STONE v. A-ADVANCE, LLC et al Order on Motion for Leave to Proceed in forma pauperis |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 2/28/2008 at 10:11 AM EDT and filed on 2/26/2008
**Case Name:**         STONE v. A-ADVANCE, LLC et al
**Case Number:**       1:08-cv-239
**Filer:**
**Document Number:**   No document attached

**Docket Text:**
**FIAT ORDER granting [2] Motion for Leave to Proceed in forma pauperis. Signed by Judge Richard J. Leon on 2/26/08. (jf, )**

**1:08-cv-239 Notice has been electronically mailed to:**

**1:08-cv-239 Notice will be delivered by other means to::**

ALFRED L. STONE
1140 Eugene Street
Indianapolis, IN 46208