UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALFRED L. STONE,
P.O. BOX 56443
WASHINGTON, D.C. 20040
(202) 531-5211
    Plaintiff

vs                                CIVIL ACTION #080239 EGS

A-ADVANCE, LLC, d.b.a.
JOHN G. WEBSTER COMPANY
10738 TUCKER STREET
BELTSVILLE, MD. 20705

RALPH SMITH, President
1528 BLUE MEADOW ROAD
POTOMAC, MD. 20854

PHYLLISS D'HOPP
3112 18TH STREET NW
WASHINGTON D.C. 20010

JESSE SCHMIDT
CONNELL & SCHMIDT BUILDERS, LLC
217 5TH STREET SE
WASHINGTON D.C. 20003

JESSE D. CONNELL
CONNELL & SCHMIDT BUILDERS, LLC
217 5TH STREET S.E.
WASHINGTON, D.C. 20003

                    Defendants

TORT CLAIM

TORTIOUS INTERFERENCE WITH
ECONOMIC ADVANTAGE

1

## PLAINTIFF'S MOTION TO APPOINT THE U.S. MARSHALL TO SERVE SUMMONS AND COMPLAINT

Service by the U.S. Marshall Service is required because:

1. Plaintiff is proceeding in forma pauperis under 28 U.S. C. Sec. 1915.

2. Rule 4(c)(3) of the Federal Rules of Civil Procedure requires the appointment of a U.S. Marshall for service of process in these types of cases.

3. The complaint in this matter was filed on February 8, 2008, so that ample time remains for service of process under Rule 4(m) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*Alfred L. Stone*
Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211