UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED L. STONE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0239 (EGS) |
| | ) Document No. 7 |
| A-ADVANCE, LLC *et al.*, | ) |
| Defendants. | ) |

ORDER

Plaintiff is proceeding *in forma pauperis*. Accordingly, it is

ORDERED that plaintiff's motion to appoint the United States Marshal to serve the summons and complaint [Dkt. No. 7] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summonses and provide them and copies of the complaint to the United States Marshals Service to effect service of process upon the defendants.

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: April 7, 2008