UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,

    Plaintiff,

v.

A-ADVANCE, LLC, et al.,

    Defendants.

Case No. 08-239 EGS

## ANSWER

Defendants A-Advance, LLC d/b/a John G. Webster Company ("Defendant Webster") and Ralph Smith ("Defendant Smith"), by and through their attorneys, Jeffrey M. Schwaber, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., pursuant to Rule 8, hereby answer Plaintiff's Complaint, stating as follows:

### FIRST DEFENSE

The Complaint fails to state a claim for which relief can be granted.

### SECOND DEFENSE

To the specifically enumerated paragraphs of the Complaint, by like paragraphs, Defendant admits, denies, alleges, and avers as follows:

1. Defendants admit that Plaintiff asserts claims under the enumerated statutes.

2. Defendants admit that Plaintiff asserts he is seeking declaratory relief.

3. Defendants admit that Plaintiff asserts that he is claiming tortuous interference.

4. Defendants are not required to admit or deny the averments set forth in paragraph 4 of the Complaint.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

5. Defendants are not aware of the identity of "Defendant Corporation". Defendants admit that Plaintiff was employed by Defendant Webster.

6. Defendants admit that venue is proper and that Plaintiff worked in the District of Columbia. Defendants deny the remaining averments set forth in paragraph 6 of the Complaint.

7. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 7 of the Complaint.

8. Admitted in part; denied in part. It is denied that Defendant Smith resides at 1528 Blue Meadow Road, Potomac, Maryland 20854. The remaining allegations are admitted.

9. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 9 of the Complaint.

10. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 10 of the Complaint.

11. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 11 of the Complaint.

12. Admitted in part; denied in part. It is admitted that Plaintiff was hired by Defendant Webster to perform plumbing work. The remaining allegations contained in paragraph 12 are denied.

13. Denied as stated. It is denied that Plaintiff and Defendants entered into a "contract". Plaintiff was employed by Defendant.

14. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 14 of the Complaint.

15. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 15 of the Complaint.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

16. Admitted in part; denied in part. It is admitted that Defendant Webster terminated Plaintiff. The remaining allegations contained in paragraph 16 are denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Defendants incorporate by reference their responses to paragraphs 1 through 21 as if fully set forth herein.

23. Count II is not addressed to Defendant Smith or Defendant Webster.

24. Count II is not addressed to Defendant Smith or Defendant Webster.

25. Count II is not addressed to Defendant Smith or Defendant Webster.

26. Defendants incorporate by reference their responses to paragraphs 1 through 25 as if fully set forth herein.

27. Count III is not addressed to Defendant Smith or Defendant Webster.

28. Count III is not addressed to Defendant Smith or Defendant Webster.

29. Count III is not addressed to Defendant Smith or Defendant Webster.

30. Count III is not addressed to Defendant Smith or Defendant Webster.

31. Count III is not addressed to Defendant Smith or Defendant Webster.

### THIRD DEFENSE

The claims raised in the Complaint are barred by the doctrine of payment.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

### FOURTH DEFENSE

Defendants deny that Plaintiff has been damaged in any sum whatsoever by any alleged conduct by Defendants.

### FIFTH DEFENSE

Defendants further intend to rely upon all defenses, legal and/or equitable, which may be available to them based upon the facts as may become known before and during the trial of this matter.

### SIXTH DEFENSE

Defendants reserve the right to plead additional affirmative defenses that they become aware of during the course of discovery.

### SEVENTH DEFENSE

Any and all other claims or allegations contained in the Complaint, not otherwise expressly admitted or denied herein, are hereby denied.

WHEREFORE, the premises considered, Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith, request that this Answer to the Complaint be deemed good and sufficient, and that after all proceedings are had there be judgment herein rendered in Defendants' favor and against Plaintiff and that the Complaint be dismissed, with prejudice, with each party to bear its own costs. Defendants also requests any and all general and equitable relief to which this Court may deem Defendants entitled.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

Respectfully submitted,

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.


By: /s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber (Bar No. 419681)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

*Attorneys for Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May 2008, a copy of the foregoing was mailed, first class, postage prepaid, to the following person(s):

Alfred L. Stone
P.O. Box 56443
Washington, DC 20040

Phyliss D'Hopp
3112 18th Street NW
Washington, D.C. 20010

Jesse Schmidt
Connell & Schmidt Builders, LLC
217 5th Street SE
Washington, D.C. 20003

Jesse D. Connell
Connell & Schmidt Builders, LLC
217 5th Street SE
Washington, D.C. 20003

s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber

L:\CLIENTS\A\A-Advanced.LLC\Alfred Stone.10\Pleadings\329.Answer.doc

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/340-2020