IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALFRED L. STONE** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | :    Case No. 1:08-cv-00239 (EGS) |
| | : |
| **CONNELL & SCHMIDT** | : |
| **BUILDERS, LLC,** *et al.* | : |
| | : |
|     **Defendants.** | : |

## DEFENDANTS' JOINT MEET AND CONFER STATEMENT
## AND PROPOSED SCHEDULING ORDER

The Defendants to the above-referenced action, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 26(f), LCvR 16.3, and the Court's May 12, 2008 Order hereby respectfully submit their Joint Meet and Confer Statement arising out of their meeting on May 22, 2008 at 2:45 p.m. The meeting was personally attended by *Pro Se* Plaintiff Alfred L. Stone, Mary C. Lombardo, Esq., counsel for Defendants A-Advance, LLC and Ralph Smith, and Matthew J. Focht, Esq., counsel for Defendants Connell & Schmidt Builders, LLC, J.D. Schmidt, Jesse Connell, and Phyllis D'Hopp. As required by LCvR 16.3, the parties to this action hereby state as follows[1]:

    16.3(c)(1)    The Defendants anticipate filing dispositive motions at the close of discovery.

    16.3(c)(2)    The Plaintiff has filed a motion for leave to file an Amended Complaint.

    16.3(c)(3)    The Defendants do not wish to proceed before a magistrate judge.

---

[1] Undersigned counsel attempted on multiple occasions to get the Plaintiff's consent to sign and jointly file the instant "Meet and Confer Statement" as required by the Court's May 12, 2008 Order. For reasons that remain unclear at this time, the Plaintiff refused to cooperate in drafting the instant document and elected to file his own Meet and Confer Statement instead. The Defendants object to the Plaintiff's statement in its entirety.

16.3(c)(4)   The Plaintiff has made an initial settlement demand. The Defendants are not in a position to discuss settlement at this time, as they have not had the benefit of factual discovery regarding the claims and defenses in the case.

16.3(c)(5)   The Defendants are agreeable to a mediation session after the close of discovery.

16.3(c)(6)   The Defendants anticipate filing motions for summary judgment in this case. Such motions will be filed on or before January 30, 2009. Any oppositions to such motions will be due within thirty (30) days of the date of filing, and replies will be due fifteen (15) days after any such opposition. The Defendants propose that any such motions be decided within forty-five (45) days of the completion of this briefing schedule.

16.3(c)(7)   The Defendants agree that initials disclosures made pursuant to Fed. R. Civ. P. 26(a)(1) are appropriate in this case. Such disclosures will be made on or before July 15, 2008.

16.3(c)(8)   The Defendants anticipate that this case will require approximately 150 days for discovery. As such, the Defendants are requesting that discovery in this case close on November 30, 2008. The Defendants further request that the Court require that initial written discovery in the case be issued no later than August 30, 2008. Follow-up written discovery will be permitted to the extent permitted by the Federal Rules of Civil Procedure.

16.3(c)(9)   The Defendants do not anticipate naming expert witnesses in this case.

16.3(c)(10)  Not applicable.

16.3(c)(11)  Bifurcation is not appropriate in this case.

16.3(c)(12-13) The Defendants ask that mediation, pretrial, and trial dates be set to the Court's calendar at the close of discovery.

In light of the foregoing, the Defendants to the above-referenced action, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 26(f), LCvR 16.3, and the Court's May 12, 2008 Order hereby respectfully request that the Court enter a Scheduling Order in the above-referenced case setting the following deadlines:

| | |
|---|---|
| Amend Pleadings Deadline: | 6/25/2008 |
| Initial Disclosures Due: | 7/15/2008 |
| Issue Discovery Deadline: | 8/30/2008 |
| Close of Discovery: | 11/30/2008 |
| Dispositive Motions Due: | 1/30/2009 |
| Opposition to Dispositive Motions Due: | 30 days after filing |
| Replies to Opposition to Dispositive Motions Due: | 15 days after filing opposition |

Respectfully submitted,

STEIN, SPERLING, BENNETT,  
DE JONG, DRISCOLL & GREENFEIG, P.C.

/s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber, #419681

25 West Middle Lane
Rockville, MD 20850
(301) 340-2020 (phone)
(301) 354-8126 (facsimile)

*Attorneys for Defendants A-Advance, LLC*
*d/b/a John G. Webster Company*
*and Ralph Smith*

GLEASON, FLYNN, EMIG &  
FOGLEMAN, CHARTERED

/s/ Matthew J. Focht
Gerard J. Emig, #973609
Matthew J. Focht, #480906

11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2210 (phone)
(301) 294-0737 (facsimile)

*Attorneys for Defendants Connell & Schmidt*
*Builders, LLC, Phyllis D'Hopp, J.D.*
*Schmidt and Jesse Connell*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT THIS 10th day of June, 2008, a copy of the foregoing Defendants' Joint Meet and Confer Statement and Proposed Scheduling Order was served electronically and via first-class mail, postage prepaid on:

Alfred L. Stone
P.O. Box 56443
Washington, D.C. 20040

          /s/ Matthew J. Focht
           Matthew J. Focht