UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,

    Plaintiff,

v.

A-ADVANCE, LLC, et al.,

    Defendants.

Case No. 08-239 EGS

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

    Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith, by and through their attorneys, Jeffrey M. Schwaber, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., hereby oppose Plaintiff's Motion for Leave to Amend Complaint, and as grounds therefor state as follows:

    As a general matter, leave to amend under Rule 15 is to be liberally granted. See Foman v. Davis, 371 U.S. 178, 182 (1962); Davis v. Piper Aircraft Corp., 615 F.2d 606, 613 (4th Cir.1980). Here, however, Plaintiff's stated reason for the amendment is simply not borne out by a cursory review of the pleadings.

    Plaintiff asserts in his Motion for Leave to Amend that he was unaware of certain facts related to the role of proposed Defendant Gary Mormon at the time he filed his original Complaint. To the contrary, however, Plaintiff included the factual allegations related to Mr. Mormon's alleged role in the original Complaint. See Complaint ¶¶ 15, 20-21, 24-25, 27. Further, two proposed new counts in the Amended Complaint (Counts IV and V) do not actually contain new factual allegations related to Mr. Mormon, but instead seeks to introduce two new

counts for negligence against existing parties (in the allowance of Mr. Mormon, an allegedly unlicensed plumber to allegedly supervise the project).  The only new factual allegations contained in the Amended Complaint concern a series of events purported witnessed by Plaintiff in November 2007.  See Amended Complaint ¶¶ 44-51.  It is not clear from Plaintiff's Motion how he could only recently learn of events that he claims to have witnessed in November of 2007.  The original Complaint was filed on February 13, 2008.

WHEREFORE, the premises considered, Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith, request that Plaintiff's Motion for Leave to Amend be denied and for such further relief as the Court deems just and proper.

    Respectfully submitted,

    STEIN, SPERLING, BENNETT, DE JONG,
    DRISCOLL & GREENFEIG, P.C.

By:   /s/ Jeffrey M. Schwaber
    Jeffrey M. Schwaber (Bar No. 419681)
    25 West Middle Lane
    Rockville, Maryland 20850
    (301) 340-2020

*Attorneys for Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of June 2008, a copy of the foregoing was mailed, first class, postage prepaid, to the following person(s):

Alfred L. Stone<br>
P.O. Box 56443<br>
Washington, DC 20040

    I HEREBY CERTIFY that on this 11th day of June 2008, a copy of the foregoing was served via the Court's electronic filing system on the following person(s):

Gerard John Emig<br>
Matthew Focht<br>
Gleason, Flynn, Emig & Fogleman, Chtd.<br>
11 North Washington Street<br>
Suite 400<br>
Rockville, MD 20850

                                                             s/ Jeffrey M. Schwaber<br>
                                                             Jeffrey M. Schwaber

L:\CLIENTS\A\A-Advanced.LLC\Alfred Stone.10\Pleadings\329.Opposition to Motion for Leave to Amend.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,

    Plaintiff,

v.

A-ADVANCE, LLC, et al.,

    Defendants.

Case No. 08-239 EGS

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to Amend Complaint, and the Memorandum of Points and Authorities in opposition thereto filed by Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith, it is by the United States District Court for the District of Columbia this _____ day of _____, 2008, hereby

ORDERED that the Motion be, and hereby is, DENIED.

IT IS SO ORDERED.

_____
Judge Emmett G. Sullivan,
United States District Court for the District of Columbia

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020