UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,

    Plaintiff,

v.                                          Case No. 08-239 EGS

A-ADVANCE, LLC, et al.,

    Defendants.

## AMENDED CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of June 2008, a copy of Defendants Memorandum of Points and Authorities in Opposition to Motion for Leave to Amend Complaint was mailed, first class, postage prepaid, to the following person(s):

Alfred L. Stone
P.O. Box 56443
Washington, DC 20040

    I HEREBY CERTIFY that on this 17th day of June 2008, a copy of Defendants Memorandum of Points and Authorities in Opposition to Motion for Leave to Amend Complaint was served via the Court's electronic filing system on the following person(s):

Gerard John Emig
Matthew Focht
Gleason, Flynn, Emig & Fogleman, Chtd.
11 North Washington Street
Suite 400
Rockville, MD 20850

                                                                     s/ Jeffrey M. Schwaber
                                                                     Jeffrey M. Schwaber

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

L:\CLIENTS\A\A-Advanced.LLC\Alfred Stone.10\Pleadings\329.AmendedCertServicereOpposition to Motion for Leave to Amend.doc