UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFRED L. STONE,

    Plaintiff,

v.

A-ADVANCE, LLC, et al.,

    Defendants.

Case No. 08-239 EGS

## ANSWER TO AMENDED COMPLAINT

Defendants A-Advance, LLC d/b/a John G. Webster Company ("Defendant Webster") and Ralph Smith ("Defendant Smith"), by and through their attorneys, Jeffrey M. Schwaber, and Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C., pursuant to Rule 8, hereby answer Plaintiff's Amended Complaint, stating as follows:

### FIRST DEFENSE

The Amended Complaint fails to state a claim for which relief can be granted.

### SECOND DEFENSE

To the specifically enumerated paragraphs of the Amended Complaint, by like paragraphs, Defendants admit, deny, allege, and aver as follows:

1. Defendants admit that Plaintiff asserts claims under the enumerated statutes.

2. Defendants admit that Plaintiff asserts he is seeking declaratory relief.

3. Defendants admit that Plaintiff asserts that he is claiming tortuous interference.

4. Defendants are not required to admit or deny the averments set forth in paragraph 4 of the Amended Complaint.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

5. Defendants are not aware of the identity of "Defendant Corporation" and/or "the Principal". Defendants admit that Plaintiff was employed by Defendant Webster.

6. Defendants admit that venue is proper and that Plaintiff worked in the District of Columbia. Defendants deny the remaining averments set forth in paragraph 6 of the Amended Complaint.

7. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 7 of the Amended Complaint.

8. Admitted in part; denied in part. It is denied that Defendant Smith resides at 1528 Blue Meadow Road, Potomac, Maryland 20854. The remaining allegations are admitted.

9. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 9 of the Amended Complaint.

10. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 10 of the Amended Complaint.

11. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 11 of the Amended Complaint.

12. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 12 of the Amended Complaint.

13. Admitted in part; denied in part. It is admitted that Plaintiff was hired by Defendant Webster to perform plumbing work. The remaining allegations contained in paragraph 12 are denied.

14. Denied as stated. It is denied that Plaintiff and Defendants entered into a "contract". Plaintiff was employed by Defendant.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

15. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 15 of the Amended Complaint.

16. Defendants are without sufficient knowledge or information either to admit or deny the allegations contained in paragraph 16 of the Amended Complaint.

17. Admitted in part; denied in part.  It is admitted that Defendant Webster terminated Plaintiff.  The remaining allegations contained in paragraph 17 are denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Defendants incorporate by reference their responses to paragraphs 1 through 22 as if fully set forth herein.

24. Count II is not addressed to Defendant Smith or Defendant Webster.

25. Count II is not addressed to Defendant Smith or Defendant Webster.

26. Count II is not addressed to Defendant Smith or Defendant Webster.

27. Defendants incorporate by reference their responses to paragraphs 1 through 26 as if fully set forth herein.

28. Count III is not addressed to Defendant Smith or Defendant Webster.

29. Count III is not addressed to Defendant Smith or Defendant Webster.

30. Count III is not addressed to Defendant Smith or Defendant Webster.

31. Count III is not addressed to Defendant Smith or Defendant Webster.

32. Count III is not addressed to Defendant Smith or Defendant Webster.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

33. Count III is not addressed to Defendant Smith or Defendant Webster.

34. Defendants incorporate by reference their responses to paragraphs 1 through 33 as if fully set forth herein.

35. Defendants are not required to admit or deny the averments set forth in paragraph 35 of the Amended Complaint.

36. Denied.

37. Denied.

38. Defendants incorporate by reference their responses to paragraphs 1 through 37 as if fully set forth herein.

39. Count V is not addressed to Defendant Smith or Defendant Webster.

40. Count V is not addressed to Defendant Smith or Defendant Webster.

41. Count V is not addressed to Defendant Smith or Defendant Webster.

42. Defendants incorporate by reference their responses to paragraphs 1 through 41 as if fully set forth herein.

43. Count VI is not addressed to Defendant Smith or Defendant Webster.

44. Count VI is not addressed to Defendant Smith or Defendant Webster.

45. Count VI is not addressed to Defendant Smith or Defendant Webster.

46. Count VI is not addressed to Defendant Smith or Defendant Webster.

47. Count VI is not addressed to Defendant Smith or Defendant Webster.

48. Count VI is not addressed to Defendant Smith or Defendant Webster.

49. Count VI is not addressed to Defendant Smith or Defendant Webster.

50. Count VI is not addressed to Defendant Smith or Defendant Webster.

51. Count VI is not addressed to Defendant Smith or Defendant Webster.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

### THIRD DEFENSE

The claims raised in the Amended Complaint are barred by the doctrine of payment.

### FOURTH DEFENSE

Defendants deny that Plaintiff has been damaged in any sum whatsoever by any alleged conduct by Defendants.

### FIFTH DEFENSE

Defendants further intend to rely upon all defenses, legal and/or equitable, which may be available to them based upon the facts as may become known before and during the trial of this matter.

### SIXTH DEFENSE

Defendants reserve the right to plead additional affirmative defenses that they become aware of during the course of discovery.

### SEVENTH DEFENSE

Any and all other claims or allegations contained in the Amended Complaint, not otherwise expressly admitted or denied herein, are hereby denied.

WHEREFORE, the premises considered, Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith, request that this Answer to the Amended Complaint be deemed good and sufficient, and that after all proceedings are had there be judgment herein rendered in Defendants' favor and against Plaintiff and that the Amended Complaint be dismissed, with prejudice, with each party to bear its own costs. Defendants also requests any and all general and equitable relief to which this Court may deem Defendants entitled.

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

<div style="margin-left: 40%;">

Respectfully submitted,

STEIN, SPERLING, BENNETT, DE JONG,
DRISCOLL & GREENFEIG, P.C.


By:  /s/ Jeffrey M. Schwaber
     Jeffrey M. Schwaber (Bar No. 419681)
     25 West Middle Lane
     Rockville, Maryland 20850
     (301) 340-2020

*Attorneys for Defendants A-Advance, LLC d/b/a John G. Webster Company and Ralph Smith*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June 2008, a copy of the foregoing was mailed, first class, postage prepaid, to the following person(s):

<div style="text-align: center;">

Alfred L. Stone
P.O. Box 56443
Washington, DC 20040

</div>

I HEREBY CERTIFY t hat on this 26th day of June 2008, a copy of the foregoing was served via the Court's electronic filing system on the following person(s):

<div style="text-align: center;">

Gerard John Emig
Matthew Focht
Gleason, Flynn, Emig & Fogleman, Chtd.
11 North Washington Street
Suite 400
Rockville, MD 20850

</div>

<div style="margin-left: 40%;">

s/ Jeffrey M. Schwaber
Jeffrey M. Schwaber

</div>

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

L:\CLIENTS\A\A-Advanced.LLC\Alfred Stone.10\Pleadings\329.Answer to Amended Complaint.doc

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020