UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED L. STONE,<br><br>       Plaintiff<br><br>vs.<br><br>RALPH SMITH, President<br>A-ADVANCE, LLC, d.b.a.<br>JOHN G. WEBSTER, et al.,<br>Official & Individual Capacity<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>) CAUSE NO: 1:08cv0239 EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Alfred L. Stone, pro se, according to Rule 26(a)(1), hereby submits his Initial Disclosures to the Court:

A. **WITNESSES:**

1. Alfred L. Stone
2. Ralph Smith
3. Ray Handy
4. Jim Lard
5. Gary Mormon
6. Kurt (Last name Unknown)
7. Dewayne (Last name Unknown)
8. Phyllis D'Hopp
9. JD Connell
10. Jesse Schmidt

1

11. DCRA Plumbing Inspector

12. Carol (Last name Unknown)

13. Hector Villanez

14. Any witnesses called by the Defendants A-Advance, Phyllis D'Hopp, JD Connell, and Jesse Schmidt.

B. <u>EXHIBITS</u>:

1. A copy of the Plaintiff's DC Master Plumber & Gasfitter's License

2. A copy of the District of Columbia vs. Curt Flood case

3. A copy of A-Advance's Employee Handbook

4. Copies of Plaintiff's invoices for the purchase of material

5. Plaintiff's Cell Phone Payment Receipts

6. Plaintiff's gasoline receipts

7. Plaintiff's timesheets

8. Any and all records obtained in discovery

*Alfred L. Stone* (signature)
Alfred L. Stone, pro se

CERTIFICATE OF SERVICE

I DO HEREBY SWEAR, that a copy of the Plaintiff's Initial Disclosures was sent by, U.S. Mail, first class, postage prepaid on, July 21, 2008 to:

Jeffrey M. Schwaber, Esquire
STEIN & SPERLING
25 West Middle Lane
Rockville, MD 20850

Matthew J. Focht, Esquire
GLEASON & FLYNN
11 N. Washington Street, Suite 400
Rockville Md. 20850

*Alfred L. Stone*
Alfred L. Stone, pro se
P.O. Box 56443
Washington, D.C. 20040
(202) 531-5211