RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2008 AUG 25 PM 6: 49

FILING DEPOSITORY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED L. STONE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) CAUSE NUM. 1:08cv0239 EGS |
| | ) |
| A-ADVANCE, LLC, et al., | ) |
| | ) |
| Defendants | ) |

## REQUEST TO CLERK FOR ENTRY OF DEFAULT

Please enter the default of the Defendant Gary Mormon pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for his failure to plead, answer, or otherwise defend in the cause as required by law.

Date August 25, 2008

Alfred L. Stone, pro se

1

## CERTIFICATE OF SERVICE

I DO HEREBY SWEAR THAT, a true copy of this Request to the Clerk for Entry of Default was sent by U.S. Mail, first class, postage prepaid on August 25, 2008 to:

Gary Mormon
c/o A-Advance, LLC
10738 Tucker Street
Beltsville, MD 20705

                                                                                           */s/ Alfred L. Stone*
Alfred L. Stone, pro se
P.O. Box 56443
Washington, DC 20040
(202) 531-5211