RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2008 AUG 25 PM 6: 49

FILING DEPOSITORY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFRED L. STONE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CAUSE NUM. 1:08cv0239 EGS |
| | ) |
| A-ADVANCE, LLC, et al., | ) |
| | ) |
| Defendants | ) |

### AFFIDAVIT OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

DISTRICT OF COLUMBIA ) SS.

I, Alfred L. Stone, being duly sworn, deposes and says:

1. I am the pro se attorney of record, and I have personal knowledge of the facts set forth in this affidavit.

2. On June 4th, 2008, the Plaintiff filed for leave to amend his complaint to include the Defendant Gary Mormon.

3. On June 20, 2008, the Court granted the Plaintiff Alfred L. Stone leave to amend his complaint.

4. On July 23rd, 2008, a summons was issued by the Clerk for Gary Mormon, with a copy of the amended complaint.

5. Examination of the Court files and record in this cause shows that on July 25, 2008, service of a copy of the summons and the amended complaint were perfected upon the Defendant Gary Mormon, thru A-Advance's Agent M. Dickerson, by registered and certified mail No. 7008-1140-0002-9851-3638.

6. More than twenty (20) days have elapsed since the date on which the Defendant Gary Mormon was served with summons and a copy of the amended complaint.

7. The Defendant Gary Mormon has failed to answer or otherwise defend as to Plaintiff's amended complaint, or serve a copy of any answer or other defense that he might have had, upon the pro se attorney of record, Alfred L. Stone.

8. This affidavit is executed by me, Alfred L. Stone, the pro se attorney of record, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure to obtain an entry of default against the Defendant Gary Mormon, for his failure to answer or otherwise defend as to the Plaintiff's amended complaint.

9. Gary Mormon is not mentally disabled or a member of the armed forces serving overseas.

*Alfred L. Stone*, Affiant

*State of Maryland*
~~DISTRICT OF COLUMBIA~~ ) SS.

Subscribed and sworn to before me this: Aug. 25, 2008
Date

*Eileen C. Morales*
Notary Public
EILEEN C. MORALES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires Feb. 1, 2010